KAEMPFER CROWELL
Robert McCoy, No. 9121
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com

Attorneys for Defendant American Express National Bank

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA IZMAGRISTO,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; AMERICAN EXPRESS COMPANY,<br><br>Defendants. | Case No. 2:20-cv-01946-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Yehuda Izmagristo and American Express National Bank ("Amex"), erroneously sued as American Express Company, stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from November 13, 2020 until December 11, 2020.  This is the first extension sought in connection with this deadline and is requested to permit the recently hired counsel

for Amex sufficient time to investigate the allegations in the complaint and prepare Amex's response.

| THE LAW OFFICES OF<br>ROBERT M. TZALL | KAEMPFER CROWELL |
|---|---|
| */s/ Robert M. Tzall* | *[signature]* |
| Robert M. Tzall, No. 13412<br>2551 North Green Valley Parkway<br>Building C, Suite 303<br>Henderson, Nevada 89014 | Robert McCoy, No. 9121<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135 |
| Attorney for Plaintiff Yehuda Izmagristo | Attorney for Defendant American Express National Bank |

## ORDER

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: November 17, 2020