# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA IZMAGRISTO,<br><br>  Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>  Defendant(s). | Case No.: 2:20-cv-01946-APG-NJK<br><br>**ORDER TO SHOW CAUSE**<br><br>[Docket No. 22] |

The discovery plan was due in this case on December 27, 2020.  *See* Docket No. 9 (answer). No discovery plan was filed by that date.  On January 5, 2021, the Court ordered the parties to file—by January 12, 2021—either a stipulated discovery plan or a status report indicating why one should not be required at this time.  Docket No. 21.  Defendants have now filed a discovery plan indicating that Plaintiff's counsel did not participate in the formulation of that discovery plan and has been non-responsive.  *See* Docket No. 22 at 1-2.

As Plaintiff did not participate in the formulation of the discovery plan (Docket No. 22), it is hereby **DENIED** without prejudice.  In addition, Plaintiff is hereby **ORDERED** to show cause in writing, no later than January 27, 2021, why this case should not be dismissed for violation of Local Rule 26-1(a), failure to comply with the order at Docket No. 21, and failure to prosecute this case.  *See* Local Rule IA 11-8(c); Fed. R. Civ. P. 16(f); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

Dated: January 13, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1