**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

---

| | |
|---|---|
| YEHUDA IZMAGRISTO, | |
| Plaintiff, | Case No. 2:20-cv-01946-APG-NJK |
| v. | **STIPULATION TO DISMISS** |
| EXPERIAN INFORMATION SOLUTIONS, INC., AMERICAN EXPRESS COMPANY, | |
| Defendants. | |

---

WHEREAS, defendant American Express National Bank ("American Express"), sued as American Express Company, has demanded that plaintiff Yehuda Izmagristo ("Plaintiff") arbitrate his claims against American Express in accordance with the operative arbitration agreement contained in Plaintiff's American Express Cardmember Agreement;

WHEREAS, Plaintiff has agreed to submit his claims against American Express to arbitration; and

WHEREAS, the parties request a dismissal of this action pending the conclusion of arbitration;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and American Express, through their respective counsel, that: (1) all of Plaintiff's claims against American Express in this action shall be arbitrated pursuant to the written agreement to arbitrate between Plaintiff and American Express; and (2) this matter is dismissed as to American Express pending the conclusion of arbitration.

Dated: New York, New York
January 27, 2021

STROOCK & STROOCK & LAVAN LLP

By: _____/s/ Raymond A. Garcia_____
Raymond A. Garcia

Raymond A. Garcia (*pro hac vice*)
180 Maiden Lane
New York, New York 10038
Phone: (212) 806-5400

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendant
AMERICAN EXPRESS NATIONAL BANK, sued as AMERICAN EXPRESS COMPANY

Dated: New York, New York
January 27, 2021

CONTEMPORARY LEGAL SOLUTIONS PLLC

By: _____/s/ Robert M Tzall_____
Robert M Tzall

Robert M Tzall
2551 N Green Valley Pkwy
Building C Suite 303
Henderson, Nevada 89014
Phone: 702-666-0233

Attorneys for Plaintiff
YEHUDA IZMAGRISTO

IT IS SO ORDERED:

Dated: January 27, 2021

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE