# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA IZMAGRISTO,<br><br>　　Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　Defendant(s). | Case No.: 2:20-cv-01946-APG-NJK<br><br>**ORDER** |

Pending before the Court is an order to show cause why the case should not be dismissed based on Plaintiff's violation of the local rules, failure to comply with a Court order, and failure to prosecute this case. Docket No. 23. Plaintiff's response explains in a single sentence that Plaintiff's counsel had communication difficulties while changing law firms. Docket No. 27. The response is woefully insufficient, as attorneys are expected to make appropriate arrangements to comply with their obligations to the Court, the opposing party, and their clients. No explanation is provided as to why Plaintiff's counsel failed to do so here.

Attorney Robert M. Tzall is hereby **ADMONISHED**. The Court expects strict compliance with its orders and all governing rules moving forward. **Failure to do so may result in the imposition of sanctions.**

A joint proposed discovery plan must be filed by February 2, 2021.

IT IS SO ORDERED.

Dated: January 28, 2021

_____
Nancy J. Koppe
United States Magistrate Judge