# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YEHUDA ISMAGRISTO, | Case No.: 2:20-cv-01946-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants | |

The proposed joint pretrial order was due on July 11, 2021. ECF No. 32. Nothing was filed.

I THEREFORE ORDER that the remaining parties shall file the proposed joint pretrial order by August 20, 2021. Failure to comply with this order may result in sanctions, including dismissal.

DATED this 16th day of July, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE