1  Robert M. Tzall
   Nevada State Bar No. 13412
2  Contemporary Legal Solutions
3  2551 North Green Valley Parkway
   Building C, Suite 303,
4  Henderson, NV 89014
   Tel: 702-666-0233
5  office@contemporarylegalsolutions.com

6
   Jennifer L. Braster
7  Naylor & Braster Attorneys at Law, PLLC
   1050 Indigo Dr. ste 200
8  Las Vegas, NV 89145
   Tel:  702-420-7000
9  jbraster@nblawnv.com

10

11
                       IN THE UNITED STATES DISTRICT COURT
12                        FOR THE DISTRICT OF NEVADA

13
   YEHUDA IZMAGRISTO,                    )   Docket No.  2:20-cv-1946
14                                       )
             Plaintiff,                  )
15                                       )   **STIPULATION AND ORDER OF**
        vs.                              )   **DISMISSAL WITH PREJUDICE AS TO**
16 EXPERIAN INFORMATION SOLUTIONS,       )   **EXPERIAN INFORMATION**
   INC.,                                 )   **SOLUTIONS, INC.**
17 AMERICAN EXPRESS COMPANY              )
                                         )
18 .                                     )
                                         )
             Defendant.                  )
19

20 IT IS HEREBY STIPULATED by and between Plaintiff Yehuda Izmagristo ("Plaintiff") and

21 Experian Information Solutions, Inc. ("Defendant"), by and through their respective counsel of
22
   record, that the above-captioned action, be and hereby is dismissed as to Experian Information
23
   Solutions, Inc. with prejudice in accordance with the Federal Rules of Civil Procedure Rule
24
25 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

26       Undersigned counsel represent that they are fully authorized by their respective clients to

27 enter into this Joint Stipulation with Prejudice.

28

**Respectfully Submitted,**

Dated:  August 18, 2021

| | |
|---|---|
| /s/*Robert M. Tzall* <br> Robert M. Tzall, Esq. <br> Contemporary Legal Solutions <br> *Attorneys for Plaintiff* | */s/ Jennifer L. Braster* <br> Jennifer L. Braster, Esq. <br> Naylor & Braster Attorneys at law, PLLC <br> *Attorneys for Defendant* |

                          **IT IS SO ORDERED.**

                          **HONORABLE JUDGE Andrew P. Gordon**
                          **DATED: August 18, 2021**